UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANELA BUNKE; *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>AVANT GARDNER, LLC, *et al.*<br><br>Defendants. | Case Number: 1:24-cv-2469 |

**NOTICE OF VOLUNTARY DISMISSAL**
**OF DEFENDANT LAURA DEPALMA**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs voluntarily dismiss **Defendant Laura DePalma** *without prejudice*.

Defendants have not served either an answer or motion for summary judgment.

Dated: August 18, 2024

Respectfully submitted,

**KLAPROTH LAW PLLC**

/s/ Jesse C. Klaproth
Jesse C. Klaproth
2300 Wisconsin Avenue NW
Suite 100A
Washington, DC 20007
jklaproth@klaprothlaw.com
202.618.2344
*Attorneys for Plaintiffs*